**FILED
CLERK**

2:59 pm, Jun 12, 2026

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
JUAN CARLOS LOPEZ MENJIVAR,

                Petitioner,

    - against -

TODD BLANCHE, Attorney General of the
United States, MARKWAYNE MULLIN,
Secretary of Homeland Security, TODD M.
LYONS, Acting Director, U.S. Immigration
and Customs Enforcement, KEN GENALO,
NY Directo, Field Office, Enforcement and
Removal Operations, U.S. Immigration and
Customs Enforcement, and RAUL
MADONADO, Warden MDC, Brooklyn, NY

              Respondents.
--------------------------------------------------------X

**JUDGMENT**
CV 26-2506 (NCM)

A Minute Order of Honorable Natasha C. Merle, United States District Judge, having

been filed on June 11, 2026; granting Petitioner's Petition for a writ of habeas corpus; ordering

Respondents to release Petitioner from custody within 24 hours of the date of the June 11, 2026

Order, and to submit a letter on the docket no later than 5:00 p.m. on June 12, 2026, confirming

Petitioners release; it is

    **ORDERED AND ADJUDGED** that the petition for a writ of habeas is granted; that

Respondents are ordered to release Petitioner **Juan Carlos Lopez Menjivar** from custody within

24 hours of the date of the June 11, 2026 Order, and to submit a letter on the docket no later than

5:00 p.m. on June 12, 2026, confirming Petitioners release; and that this case is closed.

Dated: June  11 , 2026
      Brooklyn, New York

Approved by:   */s/ Natasha C. Merle*
                  NATASHA C. MERLE
                  United States District Judge

Dated: June  12 , 2026
      Brooklyn, New York

Approved by:   _____
                  BRENNA B. MAHONEY
                  Clerk of Court